PREGERSON, J.,
Special Concurrence:
I concur and add these words: Our bankruptcy laws are rooted in our Constitution. Article I, Section 8, Clause 4, gives Congress the power to establish “uniform laws on the subject of bankruptcies throughout the United States.” In 1978, Congress passed the Bankruptcy Reform Act (11 U.S.C.A. § 101 et seq.), which, along with major amendments passed in 1984, 1986, and 1994, is known as the Bankruptcy Code.
I wish to emphasize the important work done by bankruptcy attorneys who represent distressed debtors seeking a fresh start under the Bankruptcy Code. Such a fresh start is one of the key purposes of our bankruptcy laws. Bankruptcy attorneys, in many cases, represent vulnerable low-income debtors who are saddled by credit card and mortgage debt during these hard economic times. Many bankruptcy attorneys work day in and day out to see to it that low-income vulnerable debtors stand a chance for a fresh start against lending organizations who exact unconscionable interest rates and unfair conditions in their required paperwork. It is important to remember that these skilled bankruptcy attorneys act with integrity, diligence, and heart.